JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ROBERT DAVID REES (CASBN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Facsimile: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 02 00413 WHA |
|---|---|---|
|     Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER SETTING MATTER FOR A** |
| | ) | **STATUS/SENTENCING SETTING** |
| FRANKIE WINSEIN WONG, | ) | **HEARING** |
| | ) | |
|     Defendant. | ) | Hearing Date: June 17, 2008 |
| | ) | Time: 2:00 p.m. |
| | ) | Court: Hon. William H. Alsup |

    The above-captioned defendant has pled guilty in this Rule 20 transfer case from the District of Nevada. The case was originally assigned to the Hon. Martin J. Jenkins, and was recently reassigned to this Court upon his departure from the federal bench.

    Counsel for the United States and for defendant Wong hereby respectfully request this Court to set this matter for a status hearing on June 17, 2008 on the Court's regular criminal calendar at 2:00PM. The parties intend to request that a sentencing date be set at that time and for defendant Wong to be referred to U.S. Probation for the preparation of a Presentence Report.

    For the foregoing reasons, and for good cause shown, the parties jointly and respectfully request that the Court set this matter for a status hearing to set a future

1  sentencing at the aforementioned date and time.

2

3           IT IS SO STIPULATED.

4

5  DATED: June 6, 2008                              /s/
                                        ROBERT DAVID REES
6                                       Assistant United States Attorney

7

8  DATED: June 13, 2008                             /s/
                                        SHARI WHITE, ESQ.
9                                       Attorney for Defendant Wong

10

11

12           IT IS SO ORDERED.

13

14  DATED: June 17, 2008.
                                        _____
15                                      HON. WILLIAM H. ALSUP
                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Setting Status/Sentencing Setting Hearing
CR 02 00413 WHA