IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANKIE WINSEIN WONG,<br><br>Defendant.<br>                                                          / | No. CR 02-00413 WHA<br><br>**ORDER DENYING EX PARTE APPLICATION TO RELEASE INFORMATION UNDER SEAL** |

Defendant has submitted three documents: a "public order," an *ex parte* application "to release information under seal for purposes of immigration proceedings only," and a proposed order, the latter two lodged under seal. All seem to request the "submission," or alternatively "release," of particular documents filed under seal in the above-captioned case, to certain immigration-related bodies of government, with directions to keep such documents under seal. Defendant states that he desires "that the immigration record [be] complete and accurate, as well as appropriately confidential" (Br. 3). Yet defendant has access to under-seal documents, and can thus meet his stated goal himself. Moreover, defendant does not provide authority according to which a district court could direct these immigration-related bodies of government to do anything like what he requests. His application is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: September 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE